IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Elizabeth Coffey, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Kerrisdale Capital Management, LLC and Sahm Adrangi,<br><br>Defendants. | Hon. John F. Kness<br><br>Case No. 1:23-cv-02175 |

## AGREED MOTION TO EXTEND TIME
## FOR DEFENDANTS TO FILE RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Kerrisdale Capital Management, LLC and Sahm Adrangi hereby move to extend the time for Defendants to file their responsive pleading in this matter until June 9, 2023. In support of this Motion, Defendants state as follows:

1. Plaintiff Elizabeth Coffey filed a Class Action Complaint against Defendants on April 6, 2023.

2. Defendants were served with summons and complaint on April 18, 2023.

3. In order to afford Defendants sufficient time to adequately respond to Plaintiff's allegations, Defendants seek an extension until June 9, 2023, to respond to the Complaint.

4. On May 8, 2023, Counsel for Plaintiff and Defendants spoke by phone, and Plaintiff's counsel, Mr. Daniel Voelker, agreed to the relief sought herein.

WHEREFORE, Defendants Kerrisdale Capital Management and Sahm Adrangi respectfully request that the Court grant this Motion and set a deadline of June 9, 2023 for Defendants' responsive pleading.

Dated: May 9, 2023

Respectfully Submitted,

KERRISDALE CAPITAL MANAGEMENT
and SAHM ADRANGI

By: _____
       One of Their Attorneys

David J. Doyle
Jill C. Anderson
Dylan Smith
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive
Chicago, IL 60606
Ph: (312) 360-6000