# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Coffey

                                              Plaintiff,

v.                                                                        Case No.: 1:23−cv−02175
Honorable John F. Kness

Kerrisdale Capital Management LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

      MINUTE entry before the Honorable John F. Kness: Defendants' Motion for extension of time to answer [5] is granted. Defendants must answer or otherwise plead to Plaintiff's complaint on or before 6/9/2023. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.