# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH COFFEY and DANIEL KORCYK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KERRISDALE CAPITAL MANAGEMENT, LLC, and SAHM ADRANGI,<br><br>Defendants. | Case No. 1:23-cv-02175<br><br>Judge John F. Kness<br><br>Magistrate Judge Heather K. McShain |

## DEFENDANTS' UNOPPOSED MOTION TO ENLARGE PAGE LIMIT

Defendants Kerrisdale Capital Management, LLC and Sahm Adrangi hereby move, on the following grounds, to enlarge the page limit for their anticipated motion to dismiss or transfer venue to 23 pages:

1. Plaintiffs' amended complaint asserts two claims under section 10 of the Securities Exchange Act of 1934 and Securities Exchange Commission Rule 10b-5, and one claim under section 9 of the Exchange Act. (Doc. 10.)

2. The deadline for defendants to respond to the amended complaint is June 9, 2023. (Doc. 11.)

3. On or before that date, defendants anticipate filing a combined motion (i) to dismiss for improper venue under Fed. R. Civ. P. 12(b)(3) or transfer pursuant to 28 U.S.C. § 1404(a), or (ii) to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Under Local Rule 7.1, absent Court approval, the supporting memorandum of law may not exceed 15 pages.

4. In order to adequately address both the venue-related arguments and the Rule 12(b)(6) arguments under the securities laws, defendants respectfully request that they be permitted to file a memorandum of law in support of their motion to dismiss of up to 23 pages.

5. Counsel for plaintiffs has advised that plaintiffs do not oppose the requested enlargement, provided that they are permitted to file an opposing memorandum of comparable length.

WHEREFORE, defendants respectfully request that the Court enter an order providing that the parties' respective briefs supporting and opposing defendants' motion to dismiss shall not exceed 23 pages in length.

Dated: June 4, 2023

Respectfully Submitted,

/s/ *Dylan Smith*
David J. Doyle
Jill C. Anderson
Dylan Smith
Carly M. Allen
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000
(312) 360-6520 (fax)
ddoyle@sgrlaw.com
janderson@sgrlaw.com
dylansmith@sgrlaw.com
callen@sgrlaw.com

*Attorneys for Defendants*