IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH COFFEY and DANIEL KORCYK, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>KERRISDALE CAPITAL MANAGEMENT, LLC, and SAHM ADRANGI,<br><br>    Defendants. | Case No. 1:23-cv-02175<br><br>Judge John F. Kness<br><br>Magistrate Judge Heather K. McShain |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, defendants Kerrisdale Capital Management, LLC and Sahm Adrangi hereby move to dismiss plaintiffs' amended complaint [ECF No. 10] in its entirety, with prejudice, on the grounds set forth in the accompanying memorandum of law and summarized below.

The amended complaint should be dismissed for improper venue because neither defendant is located or transacts business in this District, and none of the alleged misconduct giving rise to plaintiffs' claims occurred here. The amended complaint is also subject to dismissal for failure to state a claim because plaintiffs fail to adequately allege numerous elements of their securities fraud claims, including: (1) actionable manipulative or deceptive conduct; (2) fraudulent intent (or scienter); (3) economic loss; and (4) loss causation. Plaintiffs also failed to submit with their complaint a signed certification that the Private Securities Litigation Reform Act requires of any person who proposes to represent a class.

WHEREFORE, for the reasons set forth here and in their accompanying memorandum of law, defendants Kerrisdale Capital Management, LLC and Sahm Adrangi respectfully request that the Court dismiss the amended complaint for improper venue or failure to state a claim and award such other relief as the Court deems just and proper, including an award to defendants of their attorneys' fees and other expenses pursuant to 15 U.S.C. § 78u-4(c).

Dated: June 9, 2023   Respectfully submitted,

/s/ David J. Doyle
David J. Doyle
Jill C. Anderson
Dylan Smith
Carly M. Allen
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000
(312) 360-6520 (fax)
ddoyle@sgrlaw.com
janderson@sgrlaw.com
dylansmith@sgrlaw.com
callen@sgrlaw.com

*Attorneys for Defendants*