## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Elizabeth Coffey, et al.

                                Plaintiff,

v.                                       Case No.: 1:23−cv−02175
                                               Honorable John F. Kness

Kerrisdale Capital Management LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2023:

      MINUTE entry before the Honorable John F. Kness: At the Court's instance, the hearing set for 09/28/2023 is stricken. The motion to dismiss [20] and motion for appointment [25] are taken under advisement. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.