ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH COFFEY and DANIEL KORCZYK, individually, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KERRISDALE CAPITAL MANAGEMENT and SAHM ADRANGI, <br><br> Defendants. | No. 23-cv-02175 <br><br> Judge John F. Kness |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff

    which ☐ includes     pre–judgment interest.
           ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
       and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Case dismissed without prejudice based on improper venue.

---

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Defendants' motion to dismiss for improper venue (Dkt. 20).

Date: March 31, 2026        _____
                                  JOHN F. KNESS
                                  United States District Judge