**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ELIZABETH COFFEY and DANIEL KORCZYK, individually, and on behalf of all others similarly situated,

Plaintiffs,

KERRISDALE CAPITAL MANAGEMENT, LLC, and SAHM ADRANGI,

Defendants.

) 
) Case No. 1:23-cv-02175
)
) Judge John F. Kness
)
)
)
) **NOTICE OF APPEAL**
)
)

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, ELIZABETH COFFEY and DANIEL KORCZYK, individually, and on behalf of all others similarly situated, in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from the judgment entered in this action on the 31st day of March 2026.

Respectfully submitted,

ELIZABETH COFFEY, and
DANIEL KORCZYK, individually,
and on behalf of all others
similarly situated,

Plaintiffs

By:*/s/Daniel J. Voelker*
Their Attorney

1

Daniel J. Voelker, Esq.
**Voelker Litigation Group**
33 N. Dearborn Street
Suite 410
Chicago, Illinois 60602
312.505.4841
dvoelker@voelkerlitigationgroup.com
ARDC #6189578

Dated: April 22, 2026

## CERTIFICATE OF SERVICE

I, Daniel J. Voelker, an attorney, hereby certify, under oath, that on April 22, 2026, I caused to be filed the foregoing **Notice of Appeal** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the CM/ECF Filing System and served the same on all counsel of record via the same.

/s/Daniel J. Voelker